IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH CHRISTOPHER JOHNSON, | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:20-CV-0261-E-BK |
| | § | |
| MICHAEL TOSUNI AND A AND A | § | |
| ENERGY OIL AND GAS, LLC, | § | |
| DEFENDANTS. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. No. 13). No objections were filed, although Plaintiff Ralph Christopher Johnson has filed a second Motion for Entry of Default Judgment (Doc. No. 14). The Court has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Further, because Defendant A and A Energy Oil and Gas, LLC, has not been properly served, as explained in the Findings, Conclusions, and Recommendation, the Court **DENIES** the second Motion for Entry of Default Judgment (Doc. No. 14) and **VACATES** the Clerk's Entry of Default (Doc. No. 15). *See* FED. R. CIV. P. 4(c).

SO ORDERED this 16th day of June, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE